**FILED**
JUN 24 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUL 24 2020
Magistrate Judge Beth W. Jantz
United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 20 CR 259 |
| v. | Violation: Title 18, United States Code, Section 922(g)(1) |
| KEVIN D. TUNSTALL | |

**JUDGE DURKIN**

**MAGISTRATE JUDGE FUENTES**

The SPECIAL JANUARY 2019 GRAND JURY charges:

On or about May 30, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

KEVIN D. TUNSTALL,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Smith & Wesson SD40 .40 caliber pistol, bearing serial number FZK0972, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

1

## **FORFEITURE ALLEGATION**

The SPECIAL JANUARY 2019 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Smith & Wesson SD40 .40 caliber pistol, bearing serial number FZK0972, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

2