Order Form (01/2005)

20 GJ 588

## United States District Court, Northern District of Illinois

MAGISTRATE JUDGE FUENTES

| Name of Assigned Judge or Magistrate Judge | JUDGE DURKIN | Sitting Judge if Other than Assigned Judge | Beth W. Jantz |
|---|---|---|---|
| CASE NUMBER | 20-CR-00259 | DATE | 24 JUNE 2020 |
| CASE TITLE | U.S. v. KEVIN D. TUNSTALL | | |

DOCKET ENTRY TEXT

### Grand Jury Proceeding

The Grand Jury for SPECIAL JANUARY 2019 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge  *Beth W. Jantz*

TO ISSUE BENCH WARRANT. DEFENDANT IS CURRENTLY IN STATE CUSTODY. THE GOVERNMENT WILL SEEK CONTINUED DETENTION PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142.

**FILED**

JUN 24 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE
or MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

Courtroom Deputy Initials: RBJ

Page 1 of 1